# Court of Appeals
# of the State of Georgia

ATLANTA,___June 25, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1779.  BABETTE MITCHELL v. A PLUS, LLC.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, defendant Babette Mitchell appealed to the superior court, which also ruled in favor of the plaintiff.  Mitchell then filed this direct appeal. We lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Mitchell was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Mitchell's failure to do so deprives us of jurisdiction over this appeal.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,_____06/25/2015_____
        *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____, *Clerk.*